UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| VALPARAISO PARTNERS LLP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:22-CV-202-PPS-JEM |
| SHELTER GENERAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

The parties filed a Stipulation for Dismissal [DE 34], stipulating to the dismissal of all claims against Defendant Shelter Mutual Insurance Company, incorrectly named as Shelter General Insurance Company. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation for Dismissal [DE 34] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this cause of action in its entirety **WITH PREJUDICE**. Each party will bear its own costs and fees. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

SO ORDERED.

ENTERED: January 10, 2024.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**